UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ZELTIQ AESTHETICS, INC.,

       Plaintiff,

v.                                 Case No:  2:15-cv-186-FtM-38CM

DARON  SCHERR  and  DARON
SCHERR,

       Defendants.

_____/

**ORDER[1]**

    This matter comes before the Court on the Plaintiff, Zeltiq Aesthetics, Inc. and the

Defendant Daron Scherr, M.D. d/b/a Daron Scherr, M.D., PA's Stipulation of Final

Judgment and Permanent Injunction (Doc. #6) filed on April 28, 2015.  Federal Rule of

Civil Procedure 41(a)(1)(A), allows a plaintiff to dismiss a case without a court order.  The

Rule reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable
> federal statute, the plaintiff may dismiss an action without a
> court order by filing:
>
> A notice of dismissal before the opposing party serves either
> an answer or a motion for summary judgment; or
>
> A stipulation of dismissal signed by all parties who have
> appeared.

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Fed. R. Civ. P. 41(a)(1)(A).

In this instance, the Parties inform the Court that the case has been settled and that they agree to a permanent injunction.  As such, the Plaintiff voluntarily dismisses the Complaint with prejudice.  The Court will enter the permanent injunction under separate cover.  Although the parties request the Court to maintain jurisdiction over the matter, the Court elects not to do so.

Accordingly, it is now

**ORDERED:**

The Plaintiff, Zeltiq Aesthetics, Inc. and the Defendant Daron Scherr, M.D. d/b/a Daron Scherr, M.D., PA's Stipulation of Final Judgment and Permanent Injunction (Doc. #6) is **GRANTED**.  The Case is **DISMISSED** with prejudice.  The Clerk of the Court is directed to enter judgment accordingly, terminate any pending motions, and close the file.  The Court will enter the permanent injunction under separate cover.

**DONE** and **ORDERED** in Fort Myers, Florida this 29th day of April, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record